IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**JAMES THOR KIRK,**

    Petitioner,

v.                                                                                          No. 22-cv-0035 DHU/SMV

**UNITED STATES OF AMERICA,**

    Respondent.

**ORDER FOR REDACTION**

    THIS MATTER is before the Court sua sponte under Rule 5.2 of the Federal Rules of Civil Procedure.  The Court notes that Petitioner James Thor Kirk has included his date of birth and social security number on his initial filing with the Court. [Doc. 1] at 10.  This information is not relevant or necessary for the habeas corpus claims asserted by Petitioner in this case and should not be included on Court filings under the provisions of Rule 5.2(a).  The Court will direct the Clerk to substitute redacted copies of the document.  The Court also notifies Petitioner that he should not include his date of birth or social security number in any future filings with the Court unless Petitioner intends to waive his privacy protections under Rule 5.2.  Any further filings by Petitioner that include his date of birth or social security number will be deemed to be a waiver of the privacy protections pursuant to Fed. R. Civ. P. 5.2(h).

    **IT IS ORDERED** that the Clerk **REDACT** Petitioner's date of birth and social security number from [Doc. 1] at 10 and substitute the redacted copy of that document in the Court record. Any further filings by Petitioner that contain his date of birth or social security number will be deemed to be a waiver of the privacy protections of Fed. R. Civ. P. 5.2.

    _____
    **STEPHAN M. VIDMAR**
    **United States Magistrate Judge**