IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES THOR KIRK,

    Petitioner,

v.                                                            No. 22-cv-0035 DHU/SMV

UNITED STATES OF AMERICA,

    Respondent.

**ORDER TO SHOW CAUSE**

    This matter comes before the Court *sua sponte* in connection with James Thor Kirk's *pro se* prisoner action. The docket reflects a recent mailing to Kirk was returned as undeliverable. [Doc. 12]. It appears he was released from custody without advising the Court of his new address, as required by D.N.M. LR-Civ. 83.6. Kirk must notify the Clerk of his new address no later than September 21, 2022. *See Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding *pro se*, to follow the federal rules of procedure . . . . The same is true of simple, nonburdensome local rules . . . .") (citations omitted). Failure to timely comply may result in dismissal of this action without further notice.

    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that no later than **September 21, 2022**, Kirk must notify the Clerk's Office in writing of his current address or show cause why this case should not be dismissed.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**